# GROUP EXHIBIT A

# EXHIBIT A-1

Case 1:20-cv-03043-AT   Document 1-3   Filed 04/16/20   Page 2 of 5

# HAPPY HOLIDAYS

From

Professional Billing & Collections (PBC)

## Let Us Clean Up Your Accounts Receivables

Call 800.218.2219 option #2

If you have UNPAID Workers Compensation, No-Fault and/or Private Cases, let our team of professionals get you paid.

Give us the cases. Give us 30-45 days. YOU GET PAID.

A Holiday Gift to you, sign up by 1/1/2020, we will handle your billing and/or collections for only 5%.

PBC is an END to END medical billing company. Our services include insurance confirmations, data entry, electronic/paper billing, coding, payment posting, insurance follow-up, and much more.

We charge NO Up-Front Fees and only get paid after you get paid

No-Fault arbitration at no cost to you!!
For more information visit our website

@www.professional-billing.com or

call us @800.218.2219

We value your privacy. If you wish to be removed from our list, fax back or email us: info@professional-billing.com

# EXHIBIT A-2



# Professional Billing & Collections
# Get Your Unpaid Claims Paid, NOW!!!

## "NO FEES, UNTIL YOU GET PAID"
## Call 800.218.2219

If you have unpaid Workers Compensation, No-Fault and/or Private Cases lying around your office, let our team get you paid.

Our team of professional billers & collectors, specialize in getting insurance claims paid

Give us the cases. Give us 30-45 days. You Get paid!!

That's it. No Fees

Professional Billing & Collections is an End-to End Medical billing service.

Our services include insurance confirmations, data entry, electronic/paper billing, payment posting, denial management, collections, coding, monthly reporting and much more.

We get paid after YOUR claims are paid.

For more information & a Free consultation

Call:800.218.2219

Email: info@professional-billing.com

www.professional-billing.com

We value your privacy. If you wish to be removed from our list, fax back or email us:
info@professional-billing.com