# UNITED  STATES  DISTRICT  COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE E. KATZ, M.D., P.C D/B/A JUVA SKIN AND LASER CENTER    Plaintiff, | |
| **-v-** | |
| PROFESSIONAL BILLING COLLECTIONS, LLC.                        Defendant. | |

Case  No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

BRUCE KATZ, M.D., P.C.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** 4/16/2020

*Jeffrey Arons*
**Signature of Attorney**

**Attorney Bar Code:** 4470191