

Scott Arons
sa@aronslaw.net

Jeffrey Steven Arons *
ja@aronslaw.net
* NJ & NY Bars

973-762-0795
973-762-0279

76 South Orange Avenue
Suite 100,
South Orange, NJ 07079

June 15, 2020

***Via Electronic Filing***
Hon. Analisa Torres
United States Courthouse
Courtroom 15D
500 Pearl St.
New York, NY 10007

**Re:** ***Bruce E. Katz, M.D., P.C. v. Professional Billing Collections, LLC*, Case No. 1:20-cv-03043-AT (S.D.N.Y.)**

Dear Judge Torres:

I represent Plaintiff Bruce E. Katz, M.D., P.C. ("Plaintiff" or "Katz"). I write to provide an update on the status of the litigation and request that the Court vacate the June 22, 2020 scheduling conference.

Plaintiff filed its Class Action Complaint on April 16, 2020 against Professional Billing Collections, LLC ("Defendant"). (Dkt. 1.) On April 22, 2020, Plaintiff served Defendant via its registered agent. To date, Defendant has not reached out to Plaintiff's counsel or responded to the Complaint in any fashion. At this time, Plaintiff is evaluating how to proceed and whether to seek a default judgment.

Given that Defendant has failed to appear, Plaintiff is unable to meet-and-confer with defense counsel and prepare a Joint Proposed Case Management Plan and Scheduling Order. Consequently, Plaintiff respectfully requests that the Court vacate the Case Management Conference Scheduled for June 22, 2020 and for such additional relief as the Court deems necessary and just.

Respectfully submitted,

/s/ *Jeffrey Arons*

Jeffrey Steven Arons, Esq.

Arons & Arons, LLC
76 South Orange Ave.
South Orange, NJ 07079
(973)-762-0795
Fax: (973)-762-0279
Email: ja@aronslaw.net

*Attorney for Plaintiff and the Classes*

-i-