USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE E. KATZ, M.D., P.C., D/B/A JUVA SKIN AND LASER CENTER, individually and on behalf of all others similarly situated,

                      Plaintiff,

-against-

PROFESSIONAL BILLING COLLECTIONS, LLC,

                      Defendant.

20 Civ. 3043 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiff's request to adjourn the initial pretrial conference in this action, ECF No. 9, is GRANTED. The initial pretrial conference scheduled for June 22, 2020, is ADJOURNED to **August 5, 2020**, at **12:00 p.m.** The conference shall proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      By **July 29, 2020**, the parties shall file a joint status letter and proposed case management plan.

      SO ORDERED.

Dated: June 16, 2020
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge