AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Professional Billing Collections LLC.__
was received by me on *(date)* __04/21/2020__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lisa Knight intake specialist__, who is
designated by law to accept service of process on behalf of *(name of organization)* __US corp Agents inc. agents for Professional  Billing Collections LLC__ on *(date)* __04/22/2020__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __100.00__ for travel and $ __0__ for services, for a total of $ __10 0.00__.

I declare under penalty of perjury that this information is true.

Date: __05/19/2020__

*Server's signature*

John L Hudak lic#1392295
*Printed name and title*

1204 ave u brooklyn ny 11229
*Server's address*

Additional information regarding attempted service, etc: