UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRUCE E. KATZ, M.D., P.C., D/B/A JUVA SKIN AND LASER CENTER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**PROFESSIONAL BILLING COLLECTIONS, LLC**, a New York limited liability company,<br><br>*Defendant.* | Case No. 1:20-cv-03043-AT<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT** |

Plaintiff Bruce E. Katz, M.D., P.C., d/b/a Juva Skin and ("Plaintiff" or "Katz"), hereby respectfully requests that the Clerk of Court enter default against Defendant Professional Billing Collections, LLC ("Defendant" or "PBC"). Entry of default is proposed against PBC because it has failed to answer or otherwise respond to Plaintiff's Class Action Complaint. Defendant PBC was served on April 22, 2020 (dkt. 11) and to date has not responded.

The Affidavit of Default, attached hereto as Exhibit A, further supports this request.

Respectfully submitted,

Dated: June 30, 2020

**BRUCE E. KATZ, M.D., P.C. D/B/A JUVA SKIN AND LASER CENTER**, individually and on behalf of all others similarly situated,

By: *Jeffrey Arons*
One of Plaintiff's Attorneys

Jeffrey S. Arons
ja@aronslaw.net

1

2

Arons & Arons, LLC
76 South Orange Ave.
South Orange, NJ 07079
Tel: (973) 762-0795
Fax: (973) 762-0279