# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRUCE E. KATZ, M.D., P.C., D/B/A JUVA SKIN AND LASER CENTER**, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>**PROFESSIONAL BILLING COLLECTIONS, LLC**, a New York limited liability company,<br><br>    *Defendant.* | Case No. 1:20-cv-03043-AT<br><br>**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT** |

  I, Jeffrey S. Arons, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

  1. I am one of the attorneys for Bruce E. Katz, M.D., P.C., d/b/a Juva Skin and Laser Center and the alleged Class in the above captioned matter. I am over the age of 18 and can competently testify to the matters set forth herein if called upon to do so.

  2. Plaintiff's Complaint was filed on April 16, 2020. (Dkt. 1.)

  3. A Summons directed to Defendant Professional Billing Collections, LLC ("Defendant" or "PBC") was issued on April 20, 2020. (Dkt. 5.)

  4. A copy of the Complaint and Summons were served on Defendant, via its registered agent, United States Corporation Agents, Inc., on April 22, 2020 (dkt. 11), placing Defendant's deadline to answer or respond on or before May 13, 2020.

  5. To date, Defendant PBC has not filed an Answer, entered an appearance, or contacted Plaintiff's counsel.

6. Further, Defendant is not an infant, in the military, or an incompetent person.

7. Therefore, Plaintiff requests that the Court enter default against Defendant PBC.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of New Jersey, on June 30, 2020.

Respectfully,

/s/ *Jeffrey S. Arons*
Jeffrey S. Arons