UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRUCE E. KATZ, M.D., P.C., D/B/A JUVA SKIN AND LASER CENTER**, individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>**PROFESSIONAL BILLING COLLECTIONS, LLC**, a New York limited liability company,<br><br>　　　　　*Defendant.* | Case No. 1:20-cv-03043-AT<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT** |

　　　　I, Jeffrey Arons, hereby certify that on June 30, 2020, I served a copy of the following documents: Plaintiff's Request for Entry of Default Against Defendant, Affidavit In Support of Plaintiff's Request for Entry of Default Against Defendant, and the [Proposed] Clerk's Entry of Default Against Defendant upon Professional Billing Company, LLC by placing a copy of each in a postage-paid envelope addressed to Professional Billing Company, LLC, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

　　　　Addressee:　　Professional Billing Company, LLC
　　　　　　　　　　　c/o United States Corporation Agents, Inc.
　　　　　　　　　　　7014 13th Avenue, Suite 202
　　　　　　　　　　　Brooklyn, NY 11228


　　　　Dated: June 30, 2020　　　　　　　　　　　　　　　/s/ *Jeffrey S. Arons*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. Arons