UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRUCE E. KATZ, M.D., P.C., D/B/A JUVA SKIN AND LASER CENTER**, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>**PROFESSIONAL BILLING COLLECTIONS, LLC**, a New York limited liability company,<br><br>    *Defendant.* | CASE NO. 1:20-CV-03043-AT<br><br>**[PROPOSED] CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT** |

Pursuant to 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1, and upon application by Plaintiff, default is hereby entered against Professional Billing Collections, LLC.

DEFAULT ENTERED this \_\_\_\_ day of _____ 2020

                          _____
                             Clerk of Court