UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE E. KATZ, M.D., P.C., D/B/A JUVA SKIN AND LASER CENTER, individually and on behalf of all others similarly situated,

            Plaintiff,

-against-

PROFESSIONAL BILLING COLLECTIONS, LLC,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/29/2020_

20 Civ. 3043 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff's request to adjourn the initial pretrial conference, ECF No. 13, is GRANTED. The initial pretrial conference scheduled for August 5, 2020, is ADJOURNED to **September 10, 2020**, at **11:20 a.m.** The conference shall proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

    By **September 3, 2020**, either the parties shall file a joint status letter and proposed case management plan, or Plaintiff shall file its contemplated motion for default judgment.

    SO ORDERED.

Dated: July 29, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge