```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
BRUCE E. KATZ, M.D., P.C., D/B/A JUVA SKIN
AND LASER CENTER, individually and on behalf
of all others similarly situated,

                          Plaintiff,
          -against-                                         20 Civ. 3043 (AT)

PROFESSIONAL BILLING COLLECTIONS,                           **ORDER**
LLC,

                          Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/4/2020_

ANALISA TORRES, District Judge:

  Plaintiff's request to adjourn the initial pretrial conference, ECF No. 16, is GRANTED. The initial pretrial conference scheduled for September 10, 2020, is ADJOURNED to **October 20, 2020**, at **11:40 a.m.** The conference shall proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

  By **October 13, 2020**, either the parties shall file a joint status letter and proposed case management plan, or Plaintiff shall file its contemplated motion for default judgment.

  SO ORDERED.

Dated: September 4, 2020
   New York, New York

_____
ANALISA TORRES
United States District Judge