**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

                                          Plaintiff(s)             **Request for Clerk's**
                                                                     **Certificate of**
BRUCE E. KATZ, M.D., P.C.                                 **Default**
        vs.

                                                                       Civil Case No. 1:20-cv-03043-AT

PROFESSIONAL BILLING COLLECTIONS, LLC

                                          Defendant(s)

_____

      Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiff Bruce E. Katz, M.D., P.C. requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

      1)   is not an infant or incompetent person;

      2)   is not in the military service;

      3)   was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

      4)   has defaulted in appearance in the above captioned action.

                                                                   /s/ Jeffrey S. Arons
                                                          **Counsel for Plaintiff(s) / Plaintiff(s) Pro se**