UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Bruce E. Katz, M.D., P.C.

       **Plaintiff(s),**

     **- against -**

Professional Billing Collections, LLC

       **Defendant(s),**

-------------------------------------------------------------X

1:20 Civ. 03043 (AT)

**CLERK'S CERTIFICATE OF DEFAULT**

  **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, **do hereby certify that this action was commenced on** April 16, 2020 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** April 22, 2020 **by personally serving** Defendant's registered agent, **and proof of service was therefore filed on** June 30, 2020, Doc. #(s) 11.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

   _____, 20\_\_\_        RUBY J. KRAJICK
                     Clerk of Court

                **By:** _____
                    **Deputy Clerk**