```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/19/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE E. KATZ, M.D., P.C., D/B/A JUVA SKIN AND LASER CENTER, individually and on behalf of all others similarly situated,

                      Plaintiff,

-against-

PROFESSIONAL BILLING COLLECTIONS, LLC,

                      Defendant.

20 Civ. 3043 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 4, 2020, the Court ordered Plaintiff to file its contemplated motion for default judgment or the parties to file a joint status letter and proposed case management plan by October 13, 2020, and adjourned the initial pretrial conference to October 20, 2020. ECF No. 17. On October 13, 2020, Plaintiff filed a motion for class certification. ECF No. 23.

    In light of the outstanding motion for class certification and Defendant's continued failure to appear, the initial pretrial conference scheduled for October 20, 2020 is ADJOURNED *sine die*. If necessary, the Court will set a new initial pretrial conference upon resolution of the motion for class certification or the appearance of Defendant.

    SO ORDERED.

Dated: October 19, 2020
         New York, New York

                                                ANALISA TORRES
                                           United States District Judge